AO 91 (Rev 5/85) Criminal Complaint

# United States District Court

Northern DISTRICT OF New York

**FILED** U.S. MAGISTRATE JUDGE - N.D. OF N.Y.
AUG 0 1 2008
AT_____ O'CLOCK_____
HON. LARRY A. KUDRLE

UNITED STATES OF AMERICA

V.

## CRIMINAL COMPLAINT

Name: Takayashi GOTO-Hoga, A94 894 646
Address: Calle Bolivia 2424
Montevideo, Brazil
Birthdate: DOB: 9/14/1962, Japan
(Name and Address of Defendant)

Case Number: 08-M-318 LAK

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __Junly 31, 2008__ in __Franklin__ county, in the __Northern__ District of __New York__

defendant, Takayashi GOTO-Hoga, an alien, did enter or attempt to enter the United States at any time or place other than as designated by immigration officers, this being

in violation of Title __8__ United States Code, Section __1325(a)(1)__ .

I further state that I am a __Lead Border Patrol Agent__ and that this complaint is based on the following facts:

On July 31, 2008, at approximately 1:17 AM, Border Patrol Agent Richard Parker observed a white newer model Ford Expedition with Massachusetts tag 14WL82 turn onto the Mary Reilly Road in the town of Westville, New York. The Mary Reilly Road is off of State Route 37 and parallels the international border with Canada. A records check on the vehicle revealed that it was a rental vehicle owned by PV Holding Corp. out of Boston, MA. At approximately 1:19 AM, Agent Parker conducted a stop on this vehicle identifying himself as a Border Patrol Agent. After questioning the three passengers and running records check through KAD 640 and CIS, Agent Parker learned that none of them had documents allowing them to be in the United States legally. Later one of the three smuggled aliens admitted to Agent Parker that there were other subjects in a cornfield waiting for her to guide her into Canada. Upon arrival to the area near the cornfield, Agent Parker, utilizing a Thermal Monocular Scope, was able to see the heat signature of four individuals, one of which was later determined to be defendant GOTO-Hoga. GOTO-Hoga stated that he was from Japan and did not possess any immigration documents allowing him to be or remain in the United States legally. GOTO-Hoga did not report to a port of entry as required by law.

Continued on the attached sheet and made a part hereof:    [ ] Yes    [x] No

_____
(Signature of Complainant)
PATRICK A. TATRO

Sworn to before me and subscribed in my presence.

August 1, 2008            at        Plattsburgh, New York
(Date)                             (City and State)

Larry Kudrle, U.S. Magistrate         _____
(Name & Title of Judicial Officer)    (Signature of Judicial Officer)