# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
ALBANY, NEW YORK
**HON. LARRY A. KUDRLE, presiding**
**UNITED STATES MAGISTRATE JUDGE**

DATE: __August 1, 2008__

TIME: __10:15 - 10:50 a.m.__

TAPE: __K-219 # 191 - 404__

COURTROOM CLERK: __LYNN BASSETT__

INTERPRETER: _____
(Certified / Non-certified)
LANGUAGE: __ENGLISH__

UNITED STATES OF AMERICA
    vs.

__Takayoshi Goto-Hoga__, by _____ Esq.

___ Pub. Defender  ___ Retained  ___ CJA Assigned  _X_ None Present

DOCKET NUMBER: __08-M-318LAK__

AUSA, __Josh Vinciguerra__, for Government

OFFICER(s): __Patrick Tatro__

_X_ DATE OF ARREST __July 31, 2008__

_X_ INITIAL APPEARANCE    ___ REMOVAL HEARING    ___ RULE 5 DOCS RECEIVED

_X_ NEXT APPEARANCE: __August 6, 2008 @ 1:30 pm; Judge David R. Homer__ for:

   ___ Arraignment    _X_ Preliminary Hearing    _X_ Detention Hearing

   ___ Bond Hearing    ___ Removal / Identity Hearing    ___ Other: _____

___ DEFT. APPEARS 1st time with COUNSEL       _X_ DEFT. APPEARS WITHOUT COUNSEL

_X_ FINANCIAL AFFIDAVIT submitted              ___ COUNSEL to be APPOINTED BY COURT

_X_ DEFT. Advised of rights, maximum penalty stated and given a copy of:

   _X_ Complaint  ___ Information  ___ Indictment  ___ Superseding Indictment  ___ Petition/Warrant

_X_ GOVT. MOVES for DETENTION:  ___ Right to Continuance  _X_ Risk of Flight  ___ Danger to Community

_X_ CASE assigned to JUDGE __David R. Homer__.

_X_ DEFT. REMANDED to custody of the U.S. MARSHAL. Select one of the following ONLY after Defendants 1st appearance:

   ___ LC    _X_ LO (State, Local, Immigration/Naturalization Service or other Federal Authorities)

(Rev/rzh 01/05)