AO 458 (Rev. 10/95) Appearance

# United States District Court

<u>     NORTHERN     </u>                              <u>     NEW YORK     </u>
                         **DISTRICT OF**

**UNITED STATES OF AMERICA**                    **APPEARANCE**

                    v.
                                          <u>**CASE NUMBER:   08-M-318**</u>

TAKAYOSHI GOTO-HOGA,
   a/k/a TAKAYOSHI GOTO

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

*Enter my appearance as counsel in the above-captioned case for the United States.*


*I certify that I am admitted to practice in this Court.*


                                           GLENN T. SUDDABY
                                           UNITED STATES ATTORNEY

<u>Dated: August 12, 2008 </u>      <u>/s/ Edward P. Grogan                     </u>
                                By:   Edward P. Grogan
                                      Assistant U.S. Attorney Bar
                                      Roll No.  506388 U.S.
                                      Attorney's Office 445
                                      Broadway, Rm. 218
                                      Albany, NY 12207
                                      Telephone: (518) 431-0247