U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

AUG 1 2 2008

LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

TAKAYOSHI GOTO-HOGA,
 a/k/a, TAKAYOSHI GOTO,

Defendant.

**INFORMATION**

CRIM. NO. 8:08-CR-461 DRH

Vio: 8 U.S.C. § 1325(a)(1)

[1 Misdemeanor Count]

County of Offense: Franklin

THE UNITED STATES ATTORNEY CHARGES THAT:

<u>COUNT 1</u>
entry without inspection

On or about the 31st day of July, 2008, within the State and Northern District of New York, the defendant, TAKAYASHI GOTO-HOGA, an alien, knowingly and unlawfully entered the United States from Canada, at a point near Westville, New York, at a time and place other than as designated by immigration officials of the United States for the entrance of immigrants into the United States, in violation of Title 8, United States Code, Section 1325(a)(1).

GLENN T. SUDDABY
UNITED STATES ATTORNEY

BY: _____
EDWARD P. GROGAN
ASSISTANT U.S. ATTORNEY
BAR ROLL # **506388**